*General Rice, Acting Assistant Attorney General Heffron, Meyer Rothwacks* and *A. F. Prescott* for the United States.

No. 172. CRAMER ET UX. *v.* ROMINE ET AL. District Court of Appeal of Florida, Third District. Certiorari denied. *John G. Simms* for petitioners. *Richard W. Ervin,* Attorney General of Florida, and *Charles Vocelle,* Special Assistant Attorney General, for respondents.

No. 209. COMPANHIA ATLANTICA DE DESENVOLVIMENTO E EXPLORACAO DE MINAS *v.* UNITED STATES; and No. 383. UNITED STATES *v.* COMPANHIA ATLANTICA DE DESENVOLVIMENTO E EXPLORACAO DE MINAS. Court of Claims. Certiorari denied. *Francis A. Brick, Jr.* for petitioner in No. 209 and respondent in No. 383. *Solicitor General Rankin, Assistant Attorney General Doub, Morton Hollander* and *Herbert E. Morris* for the United States. *Joel W. Westbrook, James M. Landis* and *Philip J. O'Brien, Jr.* filed a brief for Westbrook et al., as *amici curiae,* in support of petitioner in No. 209. Reported below: —— Ct. Cl. ——, 180 F. Supp. 342.

No. 248. ASTOR *v.* ASTOR. Supreme Court of Florida. Certiorari denied. *W. F. Parker* for petitioner. *William C. Steel* for respondent.

No. 280. WALLACE *v.* ST. LOUIS-SAN FRANCISCO RAILWAY CO. Supreme Court of Mississippi. Certiorari denied. *Frank E. Everett, Jr.* for petitioner. *C. R. Bolton, D. W. Houston, Sr., James L. Homire* and *Walter W. Dalton* for respondent.